# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:24-cv-466 |
| BERRY FARMS APT INVESTMENTS, LP; DEANGELIS DIAMOND CONSTRUCTION, LLC; AND BOYLE INVESTMENT COMPANY, | ) ) ) ) ) | JUDGE ALETA A. TRAUGER |
| Defendants. | | |

## AGREED ORDER EXTENDING DEADLINE FOR DEFENDANT DEANGELIS DIAMOND CONSTRUCTION, LLC TO FILE RESPONSIVE PLEADING

As evidenced by the signatures of counsel below, the parties agree to extend the deadline for Defendant DeAngelis Diamond Construction, LLC ("DeAngelis") to file a responsive pleading in this case to June 28, 2024.

IT IS SO ORDERED.

_____
Judge Aleta A. Trauger

APPROVED FOR ENTRY:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

/s/ Charles K. Grant
Charles K. Grant, BPR No. 017081
Christopher M. Caputo, BPR No. 020000
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com

Ashleigh Dyer (*admitted pro hac vice*)
1400 Village Square Blvd, Suite 3-152
Tallahassee, FL 32312
Telephone: (850) 425-7552
ashleighdyer@bakerdonelson.com

*Attorneys for Defendant DeAngelis Diamond Construction, LLC*

/s/ Eric G. Calhoun w/ permission by CKG
Eric G. Calhoun
CALHOUN & ASSOCIATES
1595 N. Central Expressway
Richardson, TX  75080
eric@ecalhounlaw.com

M. Todd Sandahl, BPR No. 019167
234 First Avenue South
Franklin, TN  37064
tsandahl@mtslaw.com

*Attorneys for Plaintiffs*

2