Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, <br><br> Plaintiffs, <br><br> v. <br><br> BERRY FARMS APT INVESTMENTS, LP; DEANGELIS DIAMOND CONSTRUCTION, LLC; AND BOYLE INVESTMENT COMPANY, <br><br> Defendants. | Civil Action No. 3:24-cv-00466 <br><br> JUDGE ALETA A. TRAUGER |

### DEANGELIS DIAMOND CONSTRUCTION, LLC'S UNOPPOSED MOTION TO AMEND THIRD-PARTY COMPLAINT

Pursuant to Fed. R. Civ. P. 15, as well as Middle District Local Rule 15.01, Defendant DeAngelis Diamond Construction, LLC ("DeAngelis") submits this Unopposed Motion to Amend Third-Party Complaint ("Motion"):

1. DeAngelis requests that the Court grant DeAngelis leave to amend its Third-Party Complaint for the sole purpose of substituting Jones Bros. Contractors, LLC as a Third-Party Defendant for Jones Brothers Construction, LLC. DeAngelis' Proposed Amended Third-Party Complaint is attached as **Exhibit A**.

2. On December 19, 2024, DeAngelis filed an Unopposed Motion to Amend Answer and Assert Third-Party Complaint, (Doc. 44), which the Court granted. (Doc. 46.) The Third-Party Complaint names as a Third-Party Defendant, and the Clerk of the Court issued a summons for,