IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, ) ) ) Plaintiffs, ) ) v. ) ) BERRY FARMS APT INVESTMENTS, LP; ) DEANGELIS DIAMOND CONSTRUCTION, ) LLC; AND BOYLE INVESTMENT ) COMPANY, ) ) Defendants, ) ) _____) ) DEANGELIS DIAMOND CONSTRUCTION, ) LLC, ) ) Third-Party Plaintiff, ) ) v. ) ) SMITH GEE STUDIO, LLC and JONES ) BROS. CONTRACTORS, LLC, ) ) Third-Party Defendants. ) | Civil Action No. 3:24-cv-00466<br><br>JUDGE ALETA A. TRAUGER |

## DEANGELIS DIAMOND CONSTRUCTION, LLC'S
## UNOPPOSED MOTION TO SERVE EXPERT DISCLOSURE

Pursuant to Local Rule 39.01(c)(5)(C) and the Court's Initial Scheduling Order, DeAngelis Diamond Construction, LLC ("DeAngelis") submits this Unopposed Motion for Leave to Serve its Expert Disclosure:

1. The Court's Initial Scheduling Order required Defendants "to disclose the name, address, and vita of any expert witness," and to "serve the report required by Fed. R. Civ. P. 26(a)(2) on or before forty-five (45) days after receipt of" Plaintiffs' expert report. (Doc. 35, ¶ G.)

2. Plaintiffs disclosed their expert and served Plaintiffs' expert report on November 22, 2024. Berry Farms Apt Investments, LP ("Berry Farms") and Boyle Investment Company ("Boyle") disclosed John Torkelson as their expert and served Mr. Torkelson's expert report on January 31, 2025.

3. DeAngelis has also retained Mr. Torkelson to serve as an expert in this matter, and DeAngelis is also relying on Mr. Torkelson's expert report that Berry Farms and Boyle previously served. DeAngelis misunderstood, however, that Mr. Torkelson would be disclosed on behalf of DeAngelis as well.

4. Because Plaintiffs are already aware of Mr. Torkelson's opinions, and the facts and data on which those opinions are based, DeAngelis' disclosure of Mr. Torkelson does not impose any surprise or prejudice on Plaintiffs. Further, Plaintiffs are aware that DeAngelis is also relying on Mr. Torkelson as an expert in this matter and that DeAngelis is relying on the same report of Mr. Torkelson as Berry Farms and Boyle.

5. DeAngelis therefore requests that the Court grant DeAngelis leave to disclose Mr. Torkelson as DeAngelis' expert and serve Mr. Torkelson's report after the date required by the Court's Initial Scheduling Order.

6. Counsel for DeAngelis certifies that they have conferred with Plaintiffs' counsel, who does not oppose this Motion. DeAngelis has attempted to confer with counsel for Berry Farms and Boyle, counsel for Jones Bros. Contractors, LLC, and counsel for Smith Gee Studio, LLC, but DeAngelis has not received a response as to whether counsel for these parties oppose this Motion.

Respectfully submitted,

*/s/ Charles K. Grant*
Charles K. Grant, BPR No. 017081
Christopher M. Caputo, BPR No. 020000
F. Dalton Thompson III, BPR No. 037904
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
cgrant@bakerdonelson.com
ccaputo@bakerdonelson.com
dthompson@bakerdonelson.com

*Attorneys for Defendant and Third-Party Plaintiff DeAngelis Diamond Construction, LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 14, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve electronic notice to the following parties of record:

Eric G. Calhoun
CALHOUN & ASSOCIATES
1595 N. Central Expressway
Richardson, TX 75080
eric@ecalhounlaw.com

M. Todd Sandahl
234 First Avenue South
Franklin, TN 37064
tsandahl@mtslaw.com

*Attorneys for Plaintiffs*

Brian L. Yoakum
L. Clayton Culpepper III
John D. Willet
EVANS PETREE, PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
byoakum@evanspetree.com
cculpepper@evanspetree.com
jwillet@evanspetree.com

*Attorneys for Defendants Berry Farms APT Investments, LP and Boyle Investment Company*

Jason M. Pannu
Katherine E. Morsman
FREEMAN MATHIS & GARY, LLP
1600 Division Street, Suite 590
Nashville, TN 37203
Jason.pannu@fmglaw.com
Katherine.morsman@fmglaw.com

*Attorneys for Third-Party Defendant Jones Bros. Contractors, LLC*

David N. Garst
S. Ashton Smith
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
dgarst@lewisthomason.com
asmith@lewisthomason.com

*Attorneys for Third-Party Defendant Smith Gee Studio, LLC*

                                                                    */s/ Charles K. Grant*
                                                                      Charles K. Grant